Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
      susan.olson@bullivant.com

Attorneys for Plaintiff
BOARD OF TRUSTEES OF THE
LABORERS PENSION TRUST FUND FOR
NORTHERN CALIFORNIA - ANNUITY
PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA - ANNUITY PLAN,<br><br>      Plaintiff,<br><br>vs.<br><br>CONCEPCION LINARES,<br><br>      Defendant. | Case No.: C 13-04419 SI<br><br>**STATUS STATEMENT; ORDER THEREON**<br><br>Case Management Conference<br><br>Date:    January 17, 2014<br>Time:    2:30 p.m.<br>Ctroom:  10, 19th Floor<br>            Hon. Susan Ilston |

      On September 24, 2013 plaintiff Board of Trustees of the Laborers Pension Trust Fund for Northern California – Annuity Plan filed its Complaint for Equitable Relief Under ERISA against defendant Concepcion Linares. Since September 29, 2013, plaintiff has made numerous attempts to locate and serve defendant Linares. See the Declarations of Diligence attached as Exhibit A to the Declaration of Ronald L. Richman in Support of Status Statement.

      Plaintiff is now advised defendant Linares may be living outside of California and possibly, outside the United States. If plaintiff is unable to locate and serve defendant Linares in California within the next 60 days, plaintiff will file a dismissal, without prejudice, of this entire action.

///

– 1 –
STATUS STATEMENT; ORDER THEREON

1     Based on the above, plaintiff respectfully requests that this Court stay this action for sixty (60) days. Within this sixty-day period, plaintiff will either locate and serve defendant Linares or, in the alternative, if unable to locate and serve defendant, will dismiss the case without prejudice.

DATED: October 31, 2013

                BULLIVANT HOUSER BAILEY PC

                By _____
                    Ronald L. Richman
                    Susan J. Olson

                Attorneys for Plaintiff

## ORDER

    Pursuant to plaintiffs' request to stay this action for sixty (60) days and good cause appearing: IT IS HEREBY ORDERED that this case is stayed for sixty (60) days. The January 17, 2014 case management conference shall still stay on calendar.

    On or before __Jan. 17__, 2014 Plaintiffs shall either file a proof of service indicating defendant has been served with the summons and complaint or, if service cannot be made, file a dismissal without prejudice.

DATED: November 5, 2013

                By _____
                    HON. SUSAN ILSTON
                    UNITED STATES DISTRICT JUDGE

14354925.1